AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DUFFY ARCHIVE LIMITED <br><br> *Plaintiff(s)* <br> v. <br><br> NAILPOINT ART LLC dba THE WOLBERG STUDIO and GEORGE WOLBERG <br><br> *Defendant(s)* | Civil Action No. 24-CV-21194-Ruiz |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nailpoint Art LLC dba The Wolberg Studio
Please Serve Registered Agent:
George Wolberg
111 Woodmere Blvd South
Woodmere, NY 11598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 1, 2024

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DUFFY ARCHIVE LIMITED )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 24-CV-21194-Ruiz
)
NAILPORT ART LLC dba THE WOLBERG STUDIO )
and GEORGE WOLBERG )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Wolberg
111 Woodmere Blvd South,
Woodmere, NY 11598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 1, 2024

Angela E. Noble
Clerk of Court

s/ C. A. Weech
Deputy Clerk
U.S. District Courts